Opinion by Keefe, J. It was established that the net weight of the cheese was 20,290 pounds rather than 21,290 pounds. The protest was accordingly sustained.

**No. 40757.**—Protests 659464–G, etc., of A. J. Capone Co. et al. (New York).

Opinion by Keefe, J. On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

FEBRUARY 28, 1939

**No. 40758.—**—Protests 833961–G, etc., of W. X. Huber Co. C. D. 67. Application by plaintiff for rehearing granted.

MARCH 3, 1939

**No. 40759.**—SUIT 4170.——*United States* v. *Heinrich Herrman & Weiss, Steinhardt Import Co., Inc.* Abstract 37496 affirmed.

BEFORE THE FIRST DIVISION, MARCH 7, 1939

**No. 40760.**—Protests 917847–G, etc., of H. R. MacMillan Export Co., Ltd. (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Phillips* v. *United States* (T. D. 49624) it was held that the timber in question is free of the tax imposed under section 601 (c) (6), Revenue Act of 1932.

**No. 40761.**—Protest 883347–G of H. R. MacMillan Export Co. (Boston).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Phillips* v. *United States* (T. D. 49624) and *Myers* v. *United States* (T. D. 49530) the protest was sustained.

**No. 40762.**—Protest 883346–G of H. R. MacMillan Export Co., Ltd. (Boston).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sus-

tained that the tax imposed under the revenue act should have been taken on the planed, tongued, and grooved lumber on the basis of its board measurement in the condition as actually imported.

**No. 40763.**—Protests 825051–G, etc., of Union Brokerage Co. (Pembina).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sustained that the tax imposed under the revenue act should have been taken on the planed, tongued, and grooved lumber on the basis of its board measurement in the condition as actually imported.

**No. 40764.**—Protests 667097–G, etc., of Martin Clifford Lumber Co. et al. (Buffalo).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sustained that the tax imposed under the revenue act should have been taken on the planed, tongued, and grooved lumber on the basis of its board measurement in the condition as actually imported.

**No. 40765.**—Protests 685112–G, etc., of Geo. S. Bush et al. (Seattle).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the claim was sustained that the tax imposed under the revenue act should have been taken on the planed, tongued, and grooved lumber on the basis of its board measurement in the condition as actually imported.

**No. 40766.**—Protests 939594–G, etc., of Fujita & Co. et al. (San Francisco).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of iron pictures the same as those the subject of Abstract 37003. The claim as manufactures of metal at 45 percent under paragraph 397 was therefore sustained.

**No. 40767.**—Protest 659558–G of H. C. Donaldson (San Francisco).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of Abstract 37813 the protest was sustained.

**No. 40768.**—Protests 784530–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by McClelland, P. J. On the records presented the protests were overruled.